UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORDAN BAXTER, | ) | 1: 03 CV F 6741 REC DLB P |
| Plaintiff, | ) ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | ) ) | |
| SGT. MARTINEZ, et. al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. The court has screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and finds that plaintiff's complaint appears to state cognizable claims for relief against defendants Martinez and Torres. Accordingly, IT IS HEREBY ORDERED that:

    1. Service is appropriate for the following defendants:

        J. MARTINEZ; and

1       G. TORRES

2       2. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, two (2) summons, an
3  instruction sheet and a copy of the second amended complaint filed March 3, 2005.

4       3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice
5  of Submission of Documents and submit the completed Notice to the court with the following
6  documents:

7           a. Completed summons;

8           b. One completed USM-285 form for each defendant listed above; and

9           c. Three (3) copies of the endorsed second amended complaint filed March 3,
10              2005.

11      4. Plaintiff need not attempt service on defendant and need not request waiver of service.
12  Upon receipt of the above-described documents, the court will direct the United States Marshal to
13  serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of
14  costs.

15      5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of
16  this action.  Local Rule 11-110.

20      IT IS SO ORDERED.

21      Dated:     September 27, 2005                    /s/ Dennis L. Beck
        3c0hj8                                    UNITED STATES MAGISTRATE JUDGE