UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BAXTER,<br><br>            Plaintiff,<br><br>vs.<br><br>SGT. MARTINEZ, et al.,<br><br>           Defendants.<br>_____/ | 1:03-cv-06741-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 26)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 20)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Jordan Baxter ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On March 29, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

    In accordance with the provisions of 28 U.S.C.

§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 29, 2006, are ADOPTED IN FULL;

2. Defendants' unenumerated Rule 12(b) motion to dismiss for failure to exhaust prior to filing suit, filed February 6, 2006, is GRANTED; and,

3. This action is therefore DISMISSED, without prejudice, for failure to comply with 42 U.S.C. § 1997e(a).

IT IS SO ORDERED.

**Dated:   August 28, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE